[911 NE2d 846, 883 NYS2d 784]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS
CANO, Appellant.

Decided June 11, 2009

## APPEARANCES OF COUNSEL

*Larkin, Axelrod, Ingrassia & Tetenbaum, LLP,* Newburgh (*Kathleen V. Wells* of counsel), for appellant.

*Francis D. Phillips, II, District Attorney,* Middletown (*Andrew R. Kass* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

The defendant came "dangerously near" the commission of crimes when he arrived at the location of what he thought would be a sexual rendevous with an underage boy. The proof of defendant's intent and extensive preparation followed by his travel to the intended crime scene showed that he was close to achieving his illegal goal and justified his convictions for attempt (*People v Naradzay,* 11 NY3d 460 [2008]).

The appellant's other contentions lack merit.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.